No. 4094 ·

First Circuit Appeal

---

G. C. TIMBERLAKE v. EDWARD R. CASSIDY

---

(February 18, 1925, Opinion and Decree)
(May 5, 1925, Rehearing Refused)
(See page 630 herein)

---

Appeal from the Twenty-sixth Judicial District, Parish of Washington, Hon. Prentiss B. Carter, Judge.

ELLIOTT, J. This suit is in all respects like that entitled: Mrs. Stella Mallet Timberlake and Husband vs. E. R. Cassidy, No. 4052, appealed from the same court and based on the same law and facts.

For the reasons assigned in the case mentioned and this day decided it is ordered, adjudged and decreed, that the judgment appealed from herein be and the same is hereby affirmed, the defendant and appellant to pay the cost in both courts.